IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| RONELLA KAY CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   1:19-cv-1330 |
| | ) | |
| TOWNE PARK - INDIANAPOLIS MARRIOTT DOWNTOWN and CITY OF INDIANAPOLIS | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446 DIVERSITY**

Please take notice that the Defendant, IMD2 LLC, improperly named as Towne Park – Indianapolis Marriott Downtown ("Defendant"), hereby removes to this Court the state court action described herein.

**I.   Background.**

1. On February 28, 2019, an action was commenced in the Marion County Superior Court, in Marion County, Indiana, entitled *Ronella Kay Campbell v. Towne Parke—Indianapolis Marriott Downtown and City of Indianapolis,* Cause No. 49D11-1902-CT-008275 (the "State Court Action"). A copy of the Plaintiff's Complaint for Damages and Request for Trial by Jury is attached hereto as Exhibit A.

2. While the Defendant was not properly named in the State Court Action and was not properly served at the correct location, the purported service of "Towne Park – Indianapolis Marriott Downtown" occurred on March 4, 2019. (Exhibit B). Despite this error the proper-entity Defendant entered an appearance of counsel and obtained a motion for enlargement of time to April 26, 2019 to plead. (Exhibit C). The Defendant notified the Plaintiff of the error in the name of the defendant entity, leading Plaintiff's filing of a Motion for Leave to Amend by Interlineation, to name the proper entity defendant, IMD 2, LLC. (Exhibit D).

3. In her Complaint, the Plaintiff brought a negligence action based upon a theory of premises liability.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441 in that it is a civil action between citizens of different states, and the matter in controversy exceeds the sum of $75,000.00 exclusive of interests and costs.

5. Defendant is removing this case within the 30-day period stipulated by the rules.

6. All pleadings, process, orders, and all other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). (Exhibit E).

7. In accordance with 28 U.S.C. § 1441(a), this matter is being removed to the U.S. District Court for the Southern District of Indiana because this Court is the Court for the district and division embracing the place where such action is pending, i.e., Marion County, Indiana.

8. Defendant will promptly file a copy of this notice of removal with the clerk of the state court in which the action is pending.

**II. There is a complete diversity of citizenship between the Plaintiff and the Defendants.**

9. The Federal Rules provide that a defendant may remove any civil action filed in the state court where there is complete diversity of citizenship between the defendants and the plaintiff. 28 U.S.C. § 1441(a) and (b).

10. Complete diversity exists here because none of the defendants have the same state of citizenship as the Plaintiff.

11. The Plaintiff is a citizen of Georgia. (*See,* Notice of Claim, Exhibit F, at page 2, para. 8).

12. The City of Indianapolis is a municipality in Indiana.

13. Defendant IMD2, LLC (improperly named as Towne Park—Indianapolis Downtown Marriott) is an Indiana limited liability company with its principal place of business in Indiana. The Defendant, IMD2, LLC has undertaken a good faith effort to determine the identity of each of its members, their residency and citizenship, and principal place of business. Based on these efforts, the Defendant holds a good faith belief that none of its members are citizens of, or hold a principal place of business in, the State of Georgia. As to Its membership, the Defendant IMD2, LLC shows the Court as follows:

- IMD 2, LLC has four members including: 1) Wooglin 1 LLC, 2) WL Investment Company, LLC, 3) Legacy IDM, LLC, and 4) Indianapolis Hotel Group, LLC.

    - Wooglin 1 LLC is a Delaware limited liability company with its principal place of business in Indiana. Wooglin 1 LLC is wholly owned by an Illinois trust—the Bruce W. White Revocable Trust. The trustee, Bruce White, resides in Illinois, Indiana, and Wyoming. He does not reside in Georgia and therefore is not believed to be a citizen of the state of Georgia.

    - WL Investment Company, LLC is a Delaware limited liability company with its principal place of business in Indiana. It is wholly owned by a South Dakota trust—the White Legacy Trust. The trustees, Elizabeth White and Lawrence Burnell, are citizens of Illinois and Indiana, respectively.

    - Legacy IDM, LLC is an Indiana limited liability company with a principal place of business in Indiana. It is wholly owned by the Dean V. White Legacy Trust, an Indiana trust. Dennis Kakos, its trustee, is a citizen of Arizona.

    - Indianapolis Hotel Group, LLC is an Indiana limited liability company with a principal place of business in Indiana. Indianapolis Hotel Group, LLC has fifteen members as follows:

        - 1) Michael W. Wells—a resident of Indiana who on information and belief is a citizen of Indiana;
        - 2) Michael S. Maurer— a resident of Indiana who on information and belief is a citizen of Indiana;
        - 3) Joseph K. Flynn a resident of Indiana who on information and belief is a citizen of Indiana;
        - 4) James A and Pamela J. Merten—residents of Indiana who on information and belief are citizens of Indiana;
        - 5) John T. Thompson—a resident of Indiana who on information and belief is a citizen of Indiana;
        - 6) Michael J. Helms and Karen H. Merseraue—residents of Indiana who on information and belief are citizens of Indiana;

- 7) Steven R. and Susan T. Jacobs—residents of Indiana who on information and belief are citizens of Indiana;
- 8) The Michael E. Bosway Living Trust, an Indiana trust;
- 9) Reilly Enterprises, Inc., an Indiana corporation with it principal place of business in Indiana;
- 10) REI Real Estate Services, LLC, an Indiana limited liability company with its principal place of business in Indiana. REI Real Estate Services, LLC's members include:
    - a) Michael W. Wells who resides in Indiana and on information and believe is a citizen of Indiana and,
    - b) REI Investment, Inc., an Indiana corporation with its principal place of business in Indiana.
- 11) Schloss Bros., L.P., an Indiana limited partnership with its principal place of business in Indiana. The general partners include:
    - a) Robert E. Schloss, an Indiana resident who on information and belief is a citizen of Indiana;
    - b) Judith S. Miskin, a California resident who on information and belief is a citizen of California;
    - c) Ellen S. Flamm, a New York resident who on information and belief is a citizen of New York;
    - d) Thomas H. Schloos, a New York resident who on information and belief is a citizen of New York.
- 12) BLMF Investments, LLC, an Indiana limited liability company with its principal place of business in Indiana. The members of this limited liability company include:
    - a) Margie Weil, a Florida resident who on information and belief is a citizen of Florida;
    - b) Barabara Leventhal, an Indiana resident who on information and belief is a citizen of Indiana.
- 13) Patriot Investments, LLC, an Indiana limited liability company with its principal place of business in Indiana. This limited liability company's sole member is:
    - a) Mike Alley, a resident of Indiana who on information and belief is an Indiana citizen
- 14) Stop 27, LLC, an Indiana limited liability company with its principal place of business in Indiana. The members of this limited liability company are:
    - a) Mike and Dianna Napariu, Indiana residents who on information and belief are citizens of Indiana.
- 15) JSC Real Estate, LLC, an Indiana limited liability company with its principal place of business in Indiana. The member of this limited liability company is:
    - A) Jeff Cohen, an Indiana resident who on information and belief is a citizen of Indiana.

**III.     The amount in controversy is in excess of $75,000.**

14. Plaintiff's Complaint does not state an amount in controversy. In such cases, "unless the recovery of an amount exceeding the jurisdictional minimum is legally impossible, the case belongs in federal court." *Grinnel Mut. Reinsurance Co. v. Haight,* 697 F.3d 582, 585 (7th Cir. 2012) (quoting *Back Doctors Ltd v. Metro Prop. & Cas. Ins. Cp.,* 637 F.3d 827, 830 (7th Cir. 2011) (citing *St. Paul Mercury Indem. Co. v. Red Cab Co.,* 303 U.S. 283, 293 (1938)). The analysis is what the plaintiff is claiming, not whether the plaintiff is likely to recover everything she seeks. *Id.*

15. Plaintiff's attorney has been asked by counsel for the Defendant to stipulate that the amount in controversy is less than $75,000. In response, Plaintiff's counsel stated: "My client fractured her arm, had ORIF surgery, and had bills of almost $80k. I cannot stipulate that she is seeking less than $75k. I will understand if you need to remove the case to federal court." (Exhibit G). Therefore, the amount in controversy exceeds the $75,000 threshold.

**IV.     All Defendants have consented to removal.**

16. Defendant, the City of Indianapolis, consents to this removal. (Exhibit H).

           Respectfully submitted,

             /s/ Brett T. Clayton_____
           Brett T. Clayton (#27062-49)
           REMINGER CO., L.P.A.
           College Park Plaza
           8909 Purdue Road, Suite 200
           Indianapolis, IN 46268
           T: 317-854-8231
           F: 317-228-0943
           bclayton@reminger.com
           ***Attorney for Defendant, IMD2, LLC – Improperly named as Towne Park – Indianapolis Marriott Downtown***

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following via the Court's Electronic Filing System and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System to:

Nathan D. Foushee
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404

Andrew J. Upchurch
OFFICE OF CORPORATION COUNSEL
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204

                                    /s/ Brett T. Clayton
                                    Brett T. Clayton (#27062-49)
                                    REMINGER CO., L.P.A.