This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Ronella Kay Campbell v. Towne Park - Indianapolis Marriott Downtown, City of Indianapolis

| | |
|---|---|
| Case Number | 49D11-1902-CT-008275 |
| Court | Marion Superior Court, Civil Division 11 |
| Type | CT - Civil Tort |
| Filed | 02/28/2019 |
| Status | 02/28/2019 , Pending  (active) |

## Parties to the Case

Defendant   Towne Park - Indianapolis Marriott Downtown

<u>Address</u>
c/o Cogency Global, Inc.
155 East Market Street, Suite 800
Indianapolis, IN 46204

<u>Attorney</u>
Brett T Clayton
*#2706249, Retained*

8909 Purdue Rd
Suite 200
Indianapolis, IN 46268
317-228-9670(W)

Defendant   City of Indianapolis

<u>Address</u>
c/o Office of Corporation Counsel
200 East Washington Street
Indianapolis, IN 46204

<u>Attorney</u>
Andrew Jonathan Upchurch
*#3017449, Lead, Retained*

200 E Washington ST
STE 1601
Indianapolis, IN 46204
317-327-4055(W)

<u>Attorney</u>
Andrew Jonathan Upchurch
*#3017449, Retained*

200 E Washington ST
STE 1601
Indianapolis, IN 46204
317-327-4055(W)

Plaintiff      Campbell, Ronella Kay



<u>Address</u>
1041 Greenwood Drive
Perry, GA 31069

<u>Attorney</u>
Nathan Foushee
*#2488549, Retained*

Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
812-332-9451(W)

# Chronological Case Summary

**02/28/2019   Case Opened as a New Filing**

02/28/2019      **Appearance Filed**
Appearance

| | |
|---|---|
| For Party: | Campbell, Ronella Kay |
| File Stamp: | 02/28/2019 |

02/28/2019      **Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Campbell, Ronella Kay |
| File Stamp: | 02/28/2019 |

02/28/2019      **Subpoena/Summons Filed**
Summons to City of Indianapolis

| | |
|---|---|
| Filed By: | Campbell, Ronella Kay |
| File Stamp: | 02/28/2019 |

02/28/2019      **Subpoena/Summons Filed**
Summons to Towne Park - Indianapolis Marriott Downtown

| | |
|---|---|
| Filed By: | Campbell, Ronella Kay |
| File Stamp: | 02/28/2019 |

03/07/2019      **Service Returned Served (E-Filing)**
Green Card Return for Towne Park - Indianapolis Marriott Downtown

| | |
|---|---|
| Filed By: | Campbell, Ronella Kay |
| File Stamp: | 03/06/2019 |

03/11/2019      **Service Returned Served (E-Filing)**
Green Card Return showing service on City of Indianapolis

| | |
|---|---|
| Filed By: | Campbell, Ronella Kay |
| File Stamp: | 03/11/2019 |

03/14/2019      **Appearance Filed**
Appearance for Defendant IMD2, LLC, improperly named as Towne Park - Indianapolis Marriott Downtown

| | |
|---|---|
| For Party: | Towne Park - Indianapolis Marriott Downtown |
| File Stamp: | 03/14/2019 |

03/14/2019   **Motion for Enlargement of Time Filed**

Notice of Automatic Extension of Time

Filed By:        Towne Park - Indianapolis Marriott Downtown

File Stamp:       03/14/2019

03/21/2019   **Motion for Leave to Amend Filed**

Motion to Amend by Interlineation

Filed By:        Campbell, Ronella Kay

File Stamp:       03/21/2019

03/26/2019   **Appearance Filed**

Appearance

For Party:       City of Indianapolis

File Stamp:       03/25/2019

03/26/2019   **Motion for Enlargement of Time Filed**

Initial Written Motion for Enlargement of Time

Filed By:        City of Indianapolis

File Stamp:       03/25/2019

# Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Campbell, Ronella Kay**

Plaintiff

**Balance Due** (as of 04/02/2019)

0.00

## Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

## Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 02/28/2019 | Transaction Assessment | 157.00 |
| 02/28/2019 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

**49D11-1902-CT-008275**

Marion Superior Court, Civil Division 11

Filed: 2/28/2019 3:58 PM
Clerk
Marion County, Indiana

## APPEARANCE FORM (CIVIL)
### Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Ronella Kay Campbell<br>1041 Greenwood Drive<br>Perry, GA  31069 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Nathan D. Foushee #24885-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:      812 332-9451<br>FAX:         812 331-5321<br>Email:  nathanf@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

**49D11-1902-CT-008275**

Marion Superior Court, Civil Division 11

Filed: 2/28/2019 3:58 PM
Clerk
Marion County, Indiana

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION | COURT |
| | ) SS: | | |
| COUNTY OF MARION | ) | CAUSE NO. | |

RONELLA KAY CAMPBELL

    VS.

TOWNE PARK - INDIANAPOLIS
MARRIOTT DOWNTOWN and
CITY OF INDIANAPOLIS

## <u>COMPLAINT FOR DAMAGES</u>

    Comes now the plaintiff, Ronella Kay Campbell, by counsel, Ken Nunn Law Office, and for cause of action against the defendants, Towne Park - Indianapolis Marriott Downtown and City of Indianapolis, alleges and says:

    1.    That on or about September 13, 2018, the plaintiff, Ronella Kay Campbell, was walking to Conner's Restaurant at Towne Park - Indianapolis Marriott Downtown located at 350 West Maryland Street in Indianapolis, Marion County, Indiana, when she tripped and fell over the uneven concrete of the sidewalk, causing the plaintiff to suffer serious injuries.

    2.    That it was the duty of the defendants to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

    3.    The damages claimed are a result of negligence on the part of the defendants as follows:

        a.    for negligence in failing to take the proper steps to correct the obvious defects at this location where the above named parties had actual knowledge or notice of a dangerous condition;

        b.    for negligence in design, construction, upkeep, repair and maintenance of this location;

        c.    for negligence in failing to warn pedestrians of any potential hazards including uneven sidewalk and/or walkways;

-2-

    d.    for negligence in failing to inspect or discover hazards along a walkway and/or sidewalk;

    e.    for failure to provide a safe walkway and/or sidewalk for the public;

    f.    for failure to warn pedestrians or hazardous, unsafe walkways and/or sidewalks.

4.    That the aforesaid acts of negligence on the part of the defendants were the proximate cause of the injuries sustained by the plaintiff.

5.    That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

6.    That the plaintiff served Notice of Claim pursuant to I.C. 34-13-3-6, 8, and 10 on or about November 7, 2018, a copy of which is attached hereto as Exhibit A.

WHEREFORE, the plaintiff demands judgment against the defendants for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY:    */s/ Nathan D. Foushee*
    Nathan D. Foushee, #24885-49
    KEN NUNN LAW OFFICE
    104 South Franklin Road
    Bloomington, IN  47404
    Phone: (812) 332-9451
    Fax: (812) 331-5321
    E-mail: nathanf@kennunn.com

-3-

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE


BY:   */s/ Nathan D. Foushee*
      Nathan D. Foushee, #24885-49
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: nathanf@kennunn.com


Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:  812-331-5321
Attorney for Plaintiff

**49D11-1902-CT-008275**

Marion Superior Court, Civil Division 11

Filed: 2/28/2019 3:58 PM
Clerk
Marion County, Indiana

# KEN NUNN LAW OFFICE

KEN NUNN
BRAD SMITH
TROY RIVERA
ROM BYRON
NATHAN FOUSHEE
KEVIN DEVILLE
DANIEL GORE

Franklin Place
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, INDIANA 47404-5295

**TEL: 1-800-Call-Ken**
**FAX: (866) 331-5321**

DEAN ARNOLD
VICKY NUNN
CHRIS MOELLER
MIKE HANLEY
RYAN ETTER
PHILLIP OLSSON
JAMES HURT

November 7, 2018

Attorney General
State of Indiana
302 W. Washington, 5th Floor
Indianapolis, IN  46204

Governor, State of Indiana
206 State House
Indianapolis, IN  46204-2797

Indiana Dept. of Insurance
Indiana Political Subdivision
Risk Management Commission
311 W. Washington, Suite 300
Indianapolis, IN  46204

President
Indianapolis City Council
241 City-County Building
200 East Washington Street
Indianapolis, IN  46204

Mayor, City of Indianapolis
Office of Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, IN  46204-3372

Department of Public Works
City-County Building, Room 2460
200 East Washington Street
Indianapolis, IN  46204

Marion County
Marion County Commissioners
City Cty Building, Room 821
Indianapolis, IN  46204

Re:    Notice of Claim

Dear Sir or Madam:

You are hereby notified, pursuant to the requirements of the Indiana Tort Claims Act, I.C. 34-13-3-6 and I.C. 34-13-3-8, that Ronella K. Campbell and Gary Campbell, individually and as husband and wife, intend to take legal action to claim compensation from Marion County, Marion County Department of Public Works, Marion County Commissioners, the City of Indianapolis, Indianapolis City Council, and the State of Indiana for damages for loss suffered by them based on the following statement of facts, circumstances and occurrences:

1.    The incident occurred on or about September 13, 2018.

2.    The basic facts of the incident are Ronella Kay Campbell was walking to Conner's Restaurant, that is connected/affiliated with Indianapolis Marrott Downtown Hotel, located at 350 West Maryland Street, Indianapolis, IN, when she tripped and fell over uneven concrete on the sidewalk.  Ronella Kay Campbell suffered a fractured and dislocated left arm.

-2-

3.    The claimant, Ronella Kay Campbell, ha incurred medical expenses and lost wages as a result of the incident and will incur future medical expenses and lost wages.  The claimant, Ronella Kay Campbell, has also experienced physical pain and mental suffering and will experience physical pain and mental suffering in the future.

4.    The claimant, Gary Campbell, has suffered a loss of his wife's services, society and companionship as a result of Ronella Kay Campbell's injuries.

5.    The damages claimed are a direct result of partial negligence on the part of Marion County, Marion County Department of Public Works, Marion County Commissioners, the City of Indianapolis, Indianapolis City Council, and the State of Indiana, as follows:

   a.    for negligence in failing to take the proper steps to correct the obvious defects at this location where the above named parties had actual knowledge or notice of a dangerous condition;

   b.    for negligence in design, construction, upkeep, repair and maintenance of this location;

   c.    for negligence for lack of positive guidance at this location;

   d.    for negligence in failing to warn pedestrians of any potential hazards including uneven sidewalk and/or walkways;

   e.    for negligence in failing to inspect or discover hazards along a walkway and/or sidewalk;

   f.    for failure to provide a safe walkway and/or sidewalk for the public;

   g.    for failure to warn pedestrians or hazardous, unsafe walkways and/or sidewalks.

6.    Claimants seek damages equal to the statutory maximum amount.

7.    Persons involved known to the claimant are:

   a.    City of Indianapolis, Indiana;

   b.    Indianapolis City Council;

   c.    State of Indiana;

-3-

    d.     Marion County;

    e.     Marion County Commissioners;

    f.     Indianapolis Marriott Downtown.

    8.    At the time of the incident and presently, the claimants were and are residents of Perry, Houston County, Georgia.

                          Sincerely,
                          KEN NUNN LAW OFFICE

                        BY:   Ken Nunn
                               Attorney at Law

KLN:jz
Enc.

**49D11-1902-CT-008275**

Filed: 2/28/2019 3:58 PM
Clerk
Marion County, Indiana

**Marion Superior Court, Civil Division 11**

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Ronella Kay Campbell

     Plaintiff(s)

    VS.          No. _____

Towne Park - Indianapolis Marriott Downtown
and City of Indianapolis

     Defendant(s)   **SUMMONS**

The State of Indiana to Defendant: **City of Indianapolis, c/o Office of Corporation Counsel, 1601 City County Building, 200 East Washington Street, Indianapolis, IN 46204**

   You have been sued by the person(s) named "plaintiff" in the court stated above.

   The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

   You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

   If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: **2/28/2019**

          *Mylan A. Eldridge*
          CLERK, MARION CIRCUIT/SUPERIOR COURTS

NATHAN D. FOUSHEE, #24885-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

   A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2019.

           _____
           SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX  By certified or registered mail with return receipt to above address.

☐  By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐  By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐  By serving his agent as provided by rule, statute or valid agreement, to-wit:

        KEN NUNN LAW OFFICE

      BY:  /s/ NATHAN D. FOUSHEE _____
        ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF MAILING:** I certify that on the __ day of _____, 2019, I mailed a copy of this summons and a copy of the complaint to each the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2019.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2019, and that a copy of the return of receipt was received by me on the _____ day of _____, 2019, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2019, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2019, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2019.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2019, and I served the same on the __ day of _____, 2019.

1. By mailing a copy of the summons and complaint personally to _____ address _____
   _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2019 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____
   _____.
5. _____ Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2019.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2019 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____
2. By leaving on the __ day of _____, 2019 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ _____ the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

**49D11-1902-CT-008275**

Marion Superior Court, Civil Division 11

Filed: 2/28/2019 3:58 PM
Clerk
Marion County, Indiana

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Ronella Kay Campbell

Plaintiff(s)

VS.                                        No. _____

Towne Park - Indianapolis Marriott Downtown
and City of Indianapolis

Defendant(s)

### SUMMONS

The State of Indiana to Defendant: **Towne Park - Indianapolis Marriott Downtown, c/o Cogency Global, Inc., 155 East Market Street, Suite 800, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: **2/28/2019**

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

NATHAN D. FOUSHEE, #24885-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2019.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX     By certified or registered mail with return receipt to above address.

☐     By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐     By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐     By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: _____ /s/ NATHAN D. FOUSHEE _____
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF MAILING:** I certify that on the ___ day of _____, 2019, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this ___ day of _____, 2019.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the ___ day of _____, 2019, and that a copy of the return of receipt was received by me on the _____ day of _____, 2019, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the ___ day of _____ __, 2019, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ___ day of _____, 2019, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this ___ day of _____, 2019.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the ___ day of _____, 2019, and I served the same on the ___ day of _____, 2019.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____
3. By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the ___ day of _____, 2019 to _____his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this ___ day of _____, 2019.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the ___ day of _____, 2019 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____
2. By leaving on the ___ day of _____, 2019 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____and by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

Return Receipt Article Number

9590 9266 9904 2968 4107 69

2. Certified Mail® Article Number

7266 9904 2968 4107 66

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

**Towne Park – Indianapolis Marriott Downtown**
**c/o Cogency Global, Inc.**
**155 East Market, Suite 800**
**Indianapolis, IN 46204**

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                     3/4/19

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

---

PS Form 3811, Facsimile, July 2015                    Domestic Return Receipt

Filed: 3/6/2019 4:08 PM
Clerk
Marion County, Indiana

USPS TRACKING #
INDIANAPOLIS

9590 9266 9904 2968 4107 69

United States
Postal Service®    ● Sender: Please print your name, address and ZIP+4® below ●

First-Class Mail®·
Postage & Fees Paid
USPS®
Permit No. G-10

KEN NUNN LAW OFFICE
FRANKLIN PL
104 S FRANKLIN RD
BLOOMINGTON  IN  47404-5295



Return Receipt Article Number

9590 9266 9904 2968 4107 52

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Kristy Gilbert*

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

3/5/19

2. Certified Mail® Article Number

9414 7266 9904 2968 4107 59

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

D. Is delivery address different from item 1?     ☐ Yes
If YES, enter delivery address below:     ☐ No

1. Article Addressed to:

**City of Indianapolis**
**c/o Office of Corporation Counsel**
**1601 City County Building**
**200 E. Washington Street**
**Indianapolis, IN  46204**

PS Form 3811, Facsimile, July 2015                                   Domestic Return Receipt

**USPS TRACKING #**

9590 9266 9904 2968 4107 52

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

United States
Postal Service©      • Sender: Please print your name, address and ZIP+4® below •

KEN NUNN LAW OFFICE
FRANKLIN PL
104 S FRANKLIN RD
BLOOMINGTON IN 47404-5295



Filed: 3/14/2019 9:06 AM
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: 49D11-1902-CT-008275 |

| | | |
|---|---|---|
| RONELLA KAY CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWNE PARK - INDIANAPOLIS | ) | |
| MARRIOTT DOWNTOWN and | ) | |
| CITY OF INDIANAPOLIS | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE BY ATTORNEY IN A CIVIL CASE

1.  The party on behalf this form is being filed is:

    Initiating _____        Responding __ X __        Intervening _____; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for

    the following parties: IMD2, LLC, improperly named as Towne Park – Indianapolis

    Marriott Downtown.

    Attorneys information for service as required by Trial Rule 5(B)(2):

    | Name: | Brett T. Clayton | Attorney Number: | 27062-49 |
    |---|---|---|---|
    | Address: | College Park Plaza | | |
    | | 8909 Purdue Road, Suite 200 | | |
    | | Indianapolis, IN 46268 | | |

    Phone:        (317) 854-8231

    Fax:           (317) 228-0943

    Email:        bclayton@reminger.com

2.  This is a CT case type as defined by administrative Rule 8(B)(3).

3.  I will accept service by:

    Fax at the above note number:        Yes _____        No __ X __.

    Email at the above noted address:   Yes __ X __        No _____.

4.   This case involves child support issues.  Yes _____ No ___X___.

5.   This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order.  Yes _____   No ___X___.

6.   This case involves a petition for involuntary commitment.  Yes _____   No ___X___.

7.   If Yes above, provide the following regarding individual subject to the petition for involuntary commitment. **N/A.**

8.   There are related cases:  Yes _____   No ___X___.

9.   Additional information required by local rule: None.

10.  There are other party members: Yes ___X___ No _____.

11.  This form has been served on all other parties and Certificate of Service is attached: Yes ___X___ No _____.

Respectfully submitted,

___/s/ Brett T. Clayton_____
Brett T. Clayton (#27062-49)
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: 317-854-8231
F: 317-228-0943
bclayton@reminger.com
*Attorney for Defendant, IMD2, LLC – Improperly named as Towne Park – Indianapolis Marriott Downtown*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document has been filed electronically this 14th day of March, 2019 via the Court's Electronic Filing System and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System to:

Nathan D. Foushee
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404

 /s/ Brett T. Clayton
Brett T. Clayton (#27062-49)
REMINGER CO., L.P.A.

Filed: 3/14/2019 9:07 AM
Clerk
Marion County, Indiana

STATE OF INDIANA        )       IN THE MARION COUNTY SUPERIOR COURT
                            ) SS:
COUNTY OF MARION     )       CAUSE NO: 49D11-1902-CT-008275

RONELLA KAY CAMPBELL,      )
                            )
      Plaintiff,             )
                            )
v.                             )
                            )
TOWNE PARK - INDIANAPOLIS     )
MARRIOTT DOWNTOWN and      )
CITY OF INDIANAPOLIS         )
                            )
      Defendants.         )

## NOTICE OF AUTOMATIC EXTENSION
## OF TIME TO PLEAD IN RESPONSE TO COMPLAINT

Defendant, IMD2, LLC, improperly named as Towne Park – Indianapolis Marriott Downtown, pursuant to LR49-TR5-203(D), hereby files for an automatic extension of time to file its responsive pleading herein, which shall extend the deadline for a responsive pleading to April 26, 2019. In support of this Notice, Defendant state:

1. Defendant was served via certified mail with Plaintiff's Complaint for Damages on or about March 4, 2019 and is presently required to file responsive motions or pleadings as early as March 27, 2019.

2. Marion County LR49-TR5-203(D)  provides that initial motions for enlargement of time to respond to a claim shall be automatically allowed for an additional 30 days from the original due date without written order of the Court. *Marion County LR49-TR5-203(D)*.

3. Pursuant to Marion County LR49-TR5-203(D), the time within which Defendant may file motions or pleadings in response to Plaintiff's Complaint for Damages in this cause shall be automatically enlarged, to and including, April 26, 2019.

Respectfully submitted,

/s/ Brett T. Clayton
Brett T. Clayton (#27062-49)
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: 317-854-8231
F: 317-228-0943
bclayton@reminger.com
***Attorney for Defendant, IMD2, LLC – Improperly
named as Towne Park – Indianapolis Marriott
Downtown***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically this 14th day of March, 2019 via the Court's Electronic Filing System and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System to:

Nathan D. Foushee
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404

/s/ Brett T. Clayton
Brett T. Clayton (#27062-49)
REMINGER CO., L.P.A.

2

Filed: 3/21/2019 2:47 PM
Clerk
Marion County, Indiana

STATE OF INDIANA     )       IN THE MARION SUPERIOR COURT
                     ) SS:
COUNTY OF MARION     )       CAUSE NO. 49D11-1902-CT-008275

RONELLA KAY CAMPBELL

      VS.

TOWNE PARK - INDIANAPOLIS
MARRIOTT DOWNTOWN and
CITY OF INDIANAPOLIS

## PLAINTIFF'S MOTION TO AMEND COMPLAINT
## BY INTERLINEATION

      Comes now the plaintiff, by counsel, Ken Nunn Law Office, and amends her Complaint for Damages heretofore filed with the Court, as follows:

      1.      The named defendant, Towne Park - Indianapolis Marriott Downtown, is replaced with the proper name, IMD2, LLC, both in the caption and in all paragraphs of the Complaint.

      All other paragraphs and information contained in plaintiff's complaint heretofore filed are adopted herein by reference, including the prayer for relief as set forth at length in plaintiff's complaint.

                KEN NUNN LAW OFFICE


         BY:     */s/ Nathan D. Foushee*
                 Nathan D. Foushee, #24885-49
                 KEN NUNN LAW OFFICE
                 104 South Franklin Road
                 Bloomington, IN 47404
                 Phone: (812) 332-9451
                 Fax: (812) 331-5321
                 E-mail: nathanf@kennunn.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been provided to opposing party or their counsel via the Court's electronic e-mail service and filing system this 21st day of March, 2019.

Brett T. Clayton, #27062-49
Reminger Co., LPA
bclayton@reminger.com

/s/ Nathan D. Foushee
Nathan D. Foushee, #24885-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: nathanf@kennunn.com

Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone: 812-332-9451
Fax Number: 812-331-5321
Attorney for Plaintiff

Filed: 3/21/2019 2:47 PM
Clerk
Marion County, Indiana

STATE OF INDIANA    )       IN THE MARION SUPERIOR COURT
                         ) SS:
COUNTY OF MARION   )       CAUSE NO. 49D11-1902-CT-008275

RONELLA KAY CAMPBELL

     VS.

IMD2, LLC and
CITY OF INDIANAPOLIS

## FIRST AMENDED COMPLAINT FOR DAMAGES

       Comes now the plaintiff, Ronella Kay Campbell, by counsel, Ken Nunn Law Office, and for cause of action against the defendants, IMD2, LLC and City of Indianapolis, alleges and says:

       1.     That on or about September 13, 2018, the plaintiff, Ronella Kay Campbell, was walking to Conner's Restaurant at Indianapolis Marriott Downtown located at 350 West Maryland Street in Indianapolis, Marion County, Indiana, when she tripped and fell over the uneven concrete of the sidewalk, causing the plaintiff to suffer serious injuries.

       2.     That it was the duty of the defendants to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

       3.     The damages claimed are a result of negligence on the part of the defendants as follows:

          a.     for negligence in failing to take the proper steps to correct the obvious defects at this location where the above named parties had actual knowledge or notice of a dangerous condition;

          b.     for negligence in design, construction, upkeep, repair and maintenance of this location;

          c.     for negligence in failing to warn pedestrians of any potential hazards including uneven sidewalk and/or walkways;

-2-

d.      for negligence in failing to inspect or discover hazards along a walkway and/or sidewalk;

e.      for failure to provide a safe walkway and/or sidewalk for the public;

f.      for failure to warn pedestrians or hazardous, unsafe walkways and/or sidewalks.

4.      That the aforesaid acts of negligence on the part of the defendants were the proximate cause of the injuries sustained by the plaintiff.

5.      That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

6.      That the plaintiff served Notice of Claim pursuant to I.C. 34-13-3-6, 8, and 10 on or about November 7, 2018, a copy of which is attached hereto as Exhibit A.

WHEREFORE, the plaintiff demands judgment against the defendants for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY:     _/s/ Nathan D. Foushee_____
        Nathan D. Foushee, #24885-49
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: nathanf@kennunn.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been provided to opposing party or their counsel via the Court's electronic e-mail service and filing system this 21st day of March, 2019.

Brett T. Clayton, #27062-49
Reminger Co., LPA
bclayton@reminger.com

*/s/ Nathan D. Foushee*
Nathan D. Foushee, #24885-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: nathanf@kennunn.com

Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:  812-331-5321
Attorney for Plaintiff

Filed: 3/21/2019 2:47 PM
Clerk
Marion County, Indiana

# KEN NUNN LAW OFFICE

KEN NUNN
BRAD SMITH
TROY RIVERA
ROM BYRON
NATHAN FOUSHEE
KEVIN DEVILLE
DANIEL GORE

Franklin Place
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, INDIANA 47404-5295
**TEL: 1-800-Call-Ken**
**FAX: (866) 331-5321**

DEAN ARNOLD
VICKY NUNN
CHRIS MOELLER
MIKE HANLEY
RYAN ETTER
PHILLIP OLSSON
JAMES HURT

November 7, 2018

Attorney General
State of Indiana
302 W. Washington, 5th Floor
Indianapolis, IN 46204

Governor, State of Indiana
206 State House
Indianapolis, IN 46204-2797

Indiana Dept. of Insurance
Indiana Political Subdivision
Risk Management Commission
311 W. Washington, Suite 300
Indianapolis, IN 46204

President
Indianapolis City Council
241 City-County Building
200 East Washington Street
Indianapolis, IN 46204

Mayor, City of Indianapolis
Office of Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204-3372

Department of Public Works
City-County Building, Room 2460
200 East Washington Street
Indianapolis, IN 46204

Marion County
Marion County Commissioners
City Cty Building, Room 821
Indianapolis, IN 46204

Re:     Notice of Claim

Dear Sir or Madam:

You are hereby notified, pursuant to the requirements of the Indiana Tort Claims Act, I.C. 34-13-3-6 and I.C. 34-13-3-8, that Ronella K. Campbell and Gary Campbell, individually and as husband and wife, intend to take legal action to claim compensation from Marion County, Marion County Department of Public Works, Marion County Commissioners, the City of Indianapolis, Indianapolis City Council, and the State of Indiana for damages for loss suffered by them based on the following statement of facts, circumstances and occurrences:

1.     The incident occurred on or about September 13, 2018.

2.     The basic facts of the incident are Ronella Kay Campbell was walking to Conner's Restaurant, that is connected/affiliated with Indianapolis Marrott Downtown Hotel, located at 350 West Maryland Street, Indianapolis, IN, when she tripped and fell over uneven concrete on the sidewalk. Ronella Kay Campbell suffered a fractured and dislocated left arm.

-2-

3.     The claimant, Ronella Kay Campbell, ha incurred medical expenses and lost wages as a result of the incident and will incur future medical expenses and lost wages.  The claimant, Ronella Kay Campbell, has also experienced physical pain and mental suffering and will experience physical pain and mental suffering in the future.

4.     The claimant, Gary Campbell, has suffered a loss of his wife's services, society and companionship as a result of Ronella Kay Campbell's injuries.

5.     The damages claimed are a direct result of partial negligence on the part of Marion County, Marion County Department of Public Works, Marion County Commissioners, the City of Indianapolis, Indianapolis City Council, and the State of Indiana, as follows:

    a.     for negligence in failing to take the proper steps to correct the obvious defects at this location where the above named parties had actual knowledge or notice of a dangerous condition;

    b.     for negligence in design, construction, upkeep, repair and maintenance of this location;

    c.     for negligence for lack of positive guidance at this location;

    d.     for negligence in failing to warn pedestrians of any potential hazards including uneven sidewalk and/or walkways;

    e.     for negligence in failing to inspect or discover hazards along a walkway and/or sidewalk;

    f.     for failure to provide a safe walkway and/or sidewalk for the public;

    g.     for failure to warn pedestrians or hazardous, unsafe walkways and/or sidewalks.

6.     Claimants seek damages equal to the statutory maximum amount.

7.     Persons involved known to the claimant are:

    a.     City of Indianapolis, Indiana;

    b.     Indianapolis City Council;

    c.     State of Indiana;

-3-

    d.      Marion County;

    e.      Marion County Commissioners;

    f.      Indianapolis Marriott Downtown.

    8.      At the time of the incident and presently, the claimants were and are residents of Perry, Houston County, Georgia.

Sincerely,
KEN NUNN LAW OFFICE


BY:    Ken Nunn
          Attorney at Law

KLN:jz
Enc.

Filed: 3/25/2019 5:46 PM
Clerk
Marion County, Indiana

STATE OF INDIANA     )           IN THE MARION SUPERIOR COURT
                         ) SS:
COUNTY OF MARION    )           CAUSE NO. 49D11-1902-CT-008275

RONELLA KAY CAMPBELL,                )
                                    )
        Plaintiff,                   )
                                    )
    v.                           )
                                  )
TOWNE PARK – INDIANAPOLIS         )
MARRIOT DOWNTOWN and             )
THE CITY OF INDIANAPOLIS,         )
                                  )
        Defendants.             )

## **Appearance**

1.     Party: Responding

    The undersigned attorneys appear in this case for the following parties:

    The City of Indianapolis

2.     Attorney information for service as required by Trial Rule 5(B)(2):

            Name:       Andrew J. Upchurch (30174-49)
            Address:    200 East Washington Street, Suite 1601
                       Indianapolis, IN 46204
            Phone:      (317) 327-4055
            Fax:         (317) 327-3968
            Email:      andrew.upchurch@indy.gov

            Name:       Tara L. Gerber (31717-49)
            Address:    200 East Washington Street, Suite 1601
                       Indianapolis, IN 46204
            Phone:      (317) 327-4055
            Fax:         (317) 327-3968
            Email:      tara.gerber@indy.gov

3.     This is a "CT" case type as defined in Administrative Rule 8(B)(3).

4.     I will not accept service from other parties by FAX or E-mail.

5.     This case does not involve child support issues.

6.      This case does not involve a protection from abuse order, a workplace violence restraining order, or a no-contact order.

7.      This case does not involve a petition for involuntary commitment.

8.      There are no individuals subject to a petition for involuntary commitment.

9.      The appearing attorneys are not aware of related cases.

10.     There is no additional information required by local rule.

11.     The appearing attorneys are not aware of other party members.

12.     This form has been served on all other parties and Certificate of Service is attached.

Respectfully submitted,


/s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel
OFFICE OF CORPORATION COUNSEL
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
Phone:  317-327-4055
Fax:  317-327-3698
Email:  andrew.upchurch@indy.gov

2

## CERTIFICATE OF SERVICE

I certify that on March 25, 2019 a copy of the foregoing was filed electronically.

Service of this filing will be made on Registered Users via the Indiana E-Filing System.

Nathan D. Foushee
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
nathanf@kennunn.com

Brett T. Clayton
REMINGER CO., L.P.A.
College Park Plaze
8909 Purdue Rd
Suite 200
Indianapolis, IN 46268
bclayton@reminger.com

/s/ Andrew J. Upchurch
Andrew Upchurch (30174-49)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
Phone: 317-327-4055
Fax: 317-327-3698
Email: andrew.upchurch@indy.gov

3

Filed: 3/25/2019 5:50 PM
Clerk
Marion County, Indiana

STATE OF INDIANA       )

                        ) SS:

COUNTY OF MARION     )

IN THE MARION SUPERIOR COURT

CAUSE NO. 49D11-1902-CT-008275

RONELLA KAY CAMPBELL,           )
                                         )

        Plaintiff,                    )
                                         )

    v.                                  )
                                         )

TOWNE PARK – INDIANAPOLIS       )
MARRIOT DOWNTOWN and            )
THE CITY OF INDIANAPOLIS,        )
                                         )

        Defendants.             )

## <u>Initial Written Motion for Enlargement of Time</u>

The City of Indianapolis, by counsel, moves for an initial enlargement of time to respond to Plaintiff's Complaint pursuant to Marion County Local Rule 203(D). Under Local Rule 203(D), the City's response deadline may be automatically extended 30 days without a written order. The City received Plaintiff's Complaint on March 5, 2019. Its response is due March 25, 2019. Under this enlargement, the City's response deadline is extended to April 24, 2019.

Respectfully submitted,

/s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel
OFFICE OF CORPORATION COUNSEL
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
Phone:  317-327-4055
Fax:  317-327-3698
Email:  andrew.upchurch@indy.gov

## CERTIFICATE OF SERVICE

I certify that on March 25, 2019 a copy of the foregoing was filed electronically.

Service of this filing will be made on Registered Users via the Indiana E-Filing System.

Nathan D. Foushee
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
nathanf@kennunn.com

Brett T. Clayton
REMINGER CO., L.P.A.
College Park Plaze
8909 Purdue Rd
Suite 200
Indianapolis, IN 46268
bclayton@reminger.com

/s/ Andrew J. Upchurch
Andrew Upchurch (30174-49)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
Phone: 317-327-4055
Fax: 317-327-3698
Email: andrew.upchurch@indy.gov